**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DAVID BISH AND PETER WOZNICKI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-cv-00262-JD-JEM |
| | ) | |
| INDIANA HARBOR BELT RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APPENDIX OF EXHIBITS IN SUPPORT OF RESPONSE TO PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER**

Defendant, Indiana Harbor Belt Railroad Company ("IHB") by and through its attorneys, Mary Louise Kandyba and Edward A. DeVries of Wilson Elser Moskowitz Edelman & Dicker LLP, designates the following Exhibits in support of its Response to Plaintiffs' Motion to Compel and Motion for Protective Order:

**EXHIBITS**

1. Exhibit 1, excerpt from the deposition of David Bish.

2. Exhibit 2, excerpt from the deposition of Pat Daly, including interrogatories attached as deposition exhibit 1 and notice of discipline letters attached as deposition exhibits 2 and 3.

3. Exhibit 3, excerpt from the deposition of Eric Ritter.

4. Exhibit 4, excerpt from the deposition of David Flores.

5. Exhibit 5, *Henman v. Indiana Harbor Belt Railroad Company*, Northern District of Indiana, Cause No: 2:14-cv-434-JTM-JEM, Opinion and Order, October 22, 2015.

6. Exhibit 6, excerpt from the deposition of Peter Woznicki.

7. Exhibit 7, OSHA Complaint, Case No: 5-2210-15-006.

8. Exhibit 8, excerpt from the deposition of Joseph Spano in separate action.

9. Exhibit 9, excerpt from the deposition of Dan Kelley in separate action.

Respectfully submitted,

*/s/Edward DeVries*
ATTORNEY FOR DEFENDANT

Mary Louise Kandyba
Edward A. DeVries
Wilson Elser Moskowitz
Edelman & Dicker LLP.
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
ml.kandyba@wilsonelser.com
edward.devries@wilsonelser.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney for Defendant in this cause, hereby certifies that a true and correct copy of Defendant's Appendix of Exhibits was served upon counsel of record by filing the same via the Case Management/Electronic Court Filing System ("CM/ECF") for the United States District Court for the Northern District of Indiana on the 26th day of July, 2016.

James H. Kaster
Nick Thompson
Nichols Kaster, PLLP
80 South Eighth Street
4600 IDS Center
Minneapolis, Minnesota 55402-2242
kaster@nka.com
nthompson@nka.com

*/s/Edward DeVries*