at Mr. Bish?
A I watched momentarily, maybe 15 seconds, and noticed that there was a problem. So I started walking towards them. I was probably 50 feet away, maybe 75 feet away. So I started walking back towards them and I see Perkins to me what looks like a direct order would look like, telling him to pick up the spiking gun. I didn't hear it. It's just what I see. He's pointing his finger and directing him to do something. And as I got closer, I seen him do it again, directing him to do something.
Q You still can't hear it, but you see him pointing at Bish?
A I can't hear it, correct.
Q Okay.
A And as I approached a little farther and got about 25 feet away, Jerry Perkins comes to me and says that: Ritter, I've tried working with these guys. They won't listen. They won't do what I tell them. I asked Bish to pick up the spiking gun and start spiking. He said, no, he was drinking water. I told him to finish his water. I told him to finish his water and to pick up the spiking gun. And they were all clowning around, joking together and they



were taking little sips of their water, which a water probably takes ten seconds to drink and this was going on over a minute. And Perkins says that he told him again, now I'm giving you a direct order to put down the water and start spiking and Bish told him no.
Q Mr. Perkins tells you all of that?
A Yes.
Q Then what do you do?
A I said: Okay. So you are telling me that he disobeyed a direct order. Is that what you're telling me?
He said: Yes.
So I took Bish aside and I took him back to Long Field, which is our headquarters.
Q Did you ask Mr. Bish what happened before taking had him to Long Field?
A At that time I don't believe so.
Q What was your intent of taking him to Long Field?
A To remove him from the situation and to get the facts and see what was going on.
Q How do you take him to Long Field?
A We just walked across the tracks.
Q How far of a walk is it?
A Maybe 1500 yards.



Q Are you talking about the incident or are you guys just walking silently?
A I don't recall.
Q You get to Long Field, then what happens?
A The way I remember it is at the time I was assistant supervisor and I was reporting to David Flores and he was aware of everything that had been going on.
Q When you say aware of everything that's going on, are you talking specifically about Woznicki and Bish or are you talking about generally the tension because of what happened that day?
A Just in general.
Q Okay.
A So I called David Flores and explained to him the situation that was told to me and he had said he was about 15 minutes away, that he would come back to the office and we would discuss it at that time.
Q Did you tell Mr. Flores anything about Mr. Woznicki?
A I don't believe so on the phone conversation.
Q So do you and Mr. Bish then wait at Long Field for Mr. Flores?
A Correct.
Q While there do you talk -- strike that.



While there do you get Mr. Bish's version of events?
A Mr. Bish was in the front room and I was back in my office. And David Flores got there fairly quick and I don't recall if we had a conversation at that time or not.
Q So by the time Mr. Flores arrives there, you don't know whether you had gotten Mr. Bish's version of events?
A I don't recall.
Q What happens once Mr. Flores gets there?
A Once Mr. Flores gets there, I believe that he went out to talk to Mr. Bish and question him about everything that happened.
Q Why do you believe that?
A Because the way I remember it is I was still back there in the office and David Flores went out to the front room in Long Field. And I didn't hear him questioning him, but I remember he did question him, because when he came back in the office, I was still there and I remember him explaining to me that he couldn't believe that it was David Bish that disobeyed a direct order and that David Bish had admitted to him that he did tell Perkins no and disobeyed a direct order.



EXHIBIT
tabbies
3