me. The wife does the taxes.

Q Understood. How did you get her to do that?

A Actually, it's my son, but I don't want you deposing him.

MS. KANDYBA: You want him to depose your wife?

THE WITNESS: Yeah; have fun with that. Let me know how that goes for you.

(End of confidential portion.)

BY MR. THOMPSON:

Q Is your bonus affected in any way by reported injuries?

A Reported injuries? Simply the reporting of an injuries?

Q Do injuries in any way affect your bonus?

A The number of injuries doesn't affect my bonus.

Q Does anything about injuries affect your bonus?

A I'm sure it's part of a calculation they do with damages and injuries. There's a portion of my bonus that relates to derailments, which as you noted, the King cornering really wasn't a derailment. But for the sake of this conversation, I'll calling it a derailment even though the wheels never touched the ground. So it's incidents, I guess. Those types of incidents can have an effect



EXHIBIT
tabbies
9

on a percentage of my bonus.
Q And that includes injuries?
A Injuries and derailments, I think, is how the two are categorized and, again, derailments aren't just derailments. It can be damage caused by cars that didn't hit the ground.
Q Do FELA lawsuits have any affect on your bonus?
A I don't believe so, but I haven't looked into that.
Do FELA lawsuits --
MS. KANDYBA: The filing of FELA lawsuits, the litigation of FELA lawsuits, the disposition of FELA lawsuits?
MR. THOMPSON: That's a very good point.
BY MR. THOMPSON:
Q If IHB gets sued for an injury that happened to an employee under you and it loses and had to pay the employee a bunch of money --
A I'm sorry?
Q And it loses the lawsuit, so it has to pay the employee a bunch of money --
MS. KANDYBA: All right. So --
BY MR. THOMPSON:
Q -- does --
MS. KANDYBA: Wait, you can't really lose a lawsuit. You could lose a trial. "A bunch of